PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
May 01, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America | CASE NO. 2:24-mj-0054 JDP |
|---|---|
| v. | SEALING ORDER |
| ANTHONY COATES | **UNDER SEAL** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: May 1, 2024

Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

SEALING ORDER